In the Matter of New York State Labor Relations Board, Respondent, against Toffenetti Restaurant Company, Inc., Appellant.

Submitted November 15, 1943; decided December 2, 1943.

*Morris Teitelbaum* for motion for leave to appeal and in opposition to motion to dismiss appeal.

*William E. Grady, Jr.,* and *Daniel Kornblum* for motion to dismiss appeal and in opposition to motion for leave to appeal.

Motion for leave to appeal denied with ten dollars costs and necessary printing disbursements.

Motion to dismiss appeal granted, and appeal dismissed with costs and ten dollars costs of motion, on the ground that no question under the Constitution of the State of New York or under the Constitution of the United States is involved.